**558**

the Board neither committed procedural error nor abused its discretion in sustaining the challenge to the ballots. NLRB v. Certified Testing Laboratories, Inc., 387 F.2d 275 (3rd Cir. 1967); NLRB v. Joclin Mfg. Co., 314 F.2d 627, 634 (2d Cir. 1963).

The order of the Board will be enforced.

Robert W. Rust, U. S. Atty., by Jose E. Martinez, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Arthur Leroy DENNIS, Defendant-Appellant.**

**No. 29772**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Oct. 9, 1970.

**UNITED STATES of America, Appellee,**

v.

**Wentworth E. GRIFFIN, Appellant.**

**No. 20054.**

United States Court of Appeals, Eighth Circuit.

Oct. 19, 1970.

Lawrence E. Hoffman, Hoffman & St. Jean, Miami Beach, Fla., for defendant-appellant.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).